RECEIVED
IN LAKE CHARLES, LA

DEC 2 2 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ARROWHEAD CONTRACTORS, INC. | : | DOCKET NO. 2:05 CV 01 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| VEGITATION MANAGEMENT SPECIALIST, INC. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment [doc. 41] by Arrowhead Contractors, Inc. ("ACI"), petitioner and counterclaim defendant, IS DENIED.

Lake Charles, Louisiana, this 20 day of December, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE